# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Jorge Luis Nunez<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-MJ-02009-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Friday, October 7,</u> <u>2016</u>, at <u>8:45</u> ☒ a.m. / ☐ p.m. before the Honorable <u>SHERI PYM</u>, in Courtroom <u>4</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>October 5, 2016</u>     <u>SHERI PYM</u> *(signature)*
                                 U.S. Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                                                 Page 1 of 1